IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| **HALEY DECK, et al.,** | : | CASE NO. 3:12-cv-063 |
| Plaintiffs, | : | Judge Timothy S. Black |
| v. | : | STATUS REPORT REGARDING ARBITRATIONS |
| **THE MIAMI-JACOBS BUSINESS COLLEGE COMPANY, et al.,** | : | AND MOTION FOR DISMISSAL OF FALSE CLAIMS ACT CLAIMS |
| | : | |
| Defendants. | : | |

Pursuant to this court's notation order dated April, 22, 2014, requesting a report on the status of the private arbitrations pursued following the order on January 31, 2013, [Doc. 27], dismissing in part and staying the remaining False Claims Act claims asserted in this matter, counsel advises that one plaintiff subsequently pursued arbitration through the American Arbitration Association, Shamekia Goodwin, and that her arbitration hearing began April 3, 2014, and testimony concluded on May 8 and 9, 2014. Post-hearing briefing is scheduled to be completed by June 23, 2014, with decision to follow.

As none of the plaintiffs identified as relators (Brumley, Deck or Milbry) for the False Claims Act claims retained by this court have proceeded with arbitration and, to counsel's understanding, will not be doing so, counsel for plaintiffs moves this court for dismissal of the remaining False Claims Act claims, without prejudice, and requests the concurrence of the United States to do so.

Respectfully submitted,

/s/ ERIN B. MOORE
_____
Erin B. Moore
Bar Number 0061638
Attorney for Plaintiffs
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel.   937.224.3333
Email:  ebmoore@green-law.com
Fax   937.224.4311

Seen and approved:

Per Email Authority 05.15.14
Marc L. Fleischauer, Esq.
David Pierce, Esq.
Attorneys for Defendants
Coolidge Wall Co., LPA
33 W. First Street
Dayton, Ohio 45402-1289