IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| HALEY DECK, et al., | : | CASE NO. 3:12-cv-063 |
| Plaintiffs, | : | Judge Timothy S. Black |
| v. | : | NOTICE OF VOLUNTARY DISMISSAL OF REMAINING |
| THE MIAMI-JACOBS BUSINESS COLLEGE COMPANY, et al., | : | CLAIMS PURSUANT TO CIV. R. 41(a)(1)(A) |
| | : | |
| Defendants. | : | |

Plaintiffs hereby voluntarily dismiss the remaining claims in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). As these remaining claims are claims pursuant to the False Claims Act, the concurrence of the United States is indicated below. All such claims under the False Claims Act are hereby dismissed without prejudice as to the United States.

Respectfully submitted,

/s/ ERIN B. MOORE
_____

Erin B. Moore
Bar Number 0061638
Attorney for Plaintiffs
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel.  937.224.3333
Email:  ebmoore@green-law.com
Fax   937.224.4311

Approved:

Per Email Authority 05.16.14
Andrew M. Malek, Esq.
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215


Per Telephone Authority 05.20.14
Marc L. Fleischauer, Esq.
David Pierce, Esq.
Attorneys for Defendants
Coolidge Wall Co., LPA
33 W. First Street
Dayton, Ohio 45402-1289